IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| ALTISE SHAHEED BRIDGES | : | 1:13CR359-1 |
| WILLIAM JAMES JOHNSON, JR. | : | 1:13CR359-2 |
| KENYAD LAQUAN KELLY | : | 1:13CR359-3 |

The Grand Jury charges:

COUNT ONE

On or about April 29, 2012, in the County of Rowan, in the Middle District of North Carolina, ALTISE SHAHEED BRIDGES and WILLIAM JAMES JOHNSON, JR., did willfully and maliciously enter a railroad train with the intent to commit robbery; in violation of Title 18, United States Code, Sections 1991 and 2.

COUNT TWO

On or about April 29, 2012, in the County of Rowan, in the Middle District of North Carolina, ALTISE SHAHEED BRIDGES and WILLIAM JAMES JOHNSON, JR., during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, railroad train robbery, in violation of Title 18, United States Code, Section 1991, did knowingly carry and use, by brandishing, firearms, that is, a handgun and a short-barreled shotgun; in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (c)(1)(B)(i) and 2.

## COUNT THREE

On or about April 29, 2012, in the County of Rowan, in the Middle District of North Carolina, ALTISE SHAHEED BRIDGES and WILLIAM JAMES JOHNSON, JR., knowingly possessed a firearm, that is, a Winchester 12 gauge shotgun, having a barrel length of less than 16 inches, which had not been registered to either of them in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871 and 2.

## COUNT FOUR

On or about April 29, 2012, in the County of Rowan, in the Middle District of North Carolina, KENYAD LAQUAN KELLY, knowing that an offense against the United States had been committed, to wit: entering a railroad train with the intent to commit robbery in violation of Title 18, United States Code, Section 1991 and 2, as alleged in Count One and incorporated by reference herein, did receive, relieve, comfort, and assist the offenders, ALTISE SHAHEED BRIDGES and WILLIAM JAMES JOHNSON, JR., in order to hinder and prevent

the offenders' apprehension, trial, and punishment; in violation of Title 18, United States Code, Section 3.

A TRUE BILL:

_____
FOREPERSON

*Terry M. Meinecke* (signature)
_____
TERRY M. MEINECKE
ASSISTANT UNITED STATES ATTORNEY

*Ripley Rand* (signature)
_____
RIPLEY RAND
UNITED STATES ATTORNEY

3