IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:13CR359-1
:
ALTISE SHAHEED BRIDGES :

FACTUAL BASIS

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On April 29, 2012, Norfolk Southern train 51ZP929, traveling from Columbia, South Carolina to Asheville, North Carolina, stopped in the town of Salisbury, North Carolina for a crew change. While the train was stopped, two masked black males carrying firearms climbed aboard and entered the engine car. One robber brandished a shotgun with a short stock while the second robber brandished a revolver with what appeared to be electrical tape on the handle. The robbers demanded money from the engineer and conductor. The robbers took cash from the employees, as well as the wallet of the engineer before fleeing the train.

On May 15, 2012, a search warrant was executed at 421 South Lee Street. During that search, officers located several firearms,

1

including an old, worn .22 caliber revolver with electrical tape wrapped around the grip. The pistol was found inside a nightstand.

On May 29, 2012, after receiving a tip from an informant, officers located a sawed off shotgun in the woods between 421 South Lee Street and the railroad tracks. The wallet of the engineer was found in the same vicinity, along with several items of personal identification of the engineer.

On May 30, 2012, officers interviewed co-defendant Kenyad Laquan Kelly. He was advised of his rights and agreed to speak with the officers. He told the officers that he knew which firearms were used during the train robbery and what routes were used, but said he wasn't present during the robbery itself. He also said that "Willie and Haze" (later identified as co-defendant William James Johnson, Jr., and the defendant) were the robbers because Johnson told him they robbed the train when discussing the $1000 crimestoppers reward associated with the crime. He also said that Johnson told him that a shotgun and a "two two pistol" were used during the robbery. Johnson told Kelly that he threw the shotgun down during the flight after the robbery because it was heavy. Kelly admitted that he assisted Johnson in finding the shotgun in the daylight soon after the robbery. He also said that he helped Johnson wipe down the shotgun (to remove fingerprints) and place it in a duffel bag, and that the same bag had been located by Detective

2

Shulenburger. Kelly said that the pistol used during the robbery was old and had electrical tape on it.

On June 18, 2012, the defendant was arrested. Before he could be advised of his rights, and without questioning by officers, he spontaneously said: "You have the wrong person. Willie and 'Duggie' (Kenyad Laquan Kelly) did it and are trying to frame me."

On January 23, 2013, jail personnel were given a letter by an inmate in the Rowan County Jail. The letter was written on the back of a disciplinary sheet in the name of Willie Johnson. The letter appeared to be written by Johnson. The contents of the letter included a confession to the train robbery, and said that Johnson and Kelly found the shotgun in the woods and cleaned it.

This the 2nd day of December, 2013.

Respectfully submitted,

RIPLEY RAND
United States Attorney

/S/TERRY M. MEINECKE
Assistant U.S. Attorney
NCSB #27586
United States Attorney's Office
Middle District of North Carolina
P.O. Box 1858
Greensboro, NC 27402
Phone: 336/333-5351
E-mail: Terry.Meinecke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:13CR359-1 |
| | : | |
| ALTISE SHAHEED BRIDGES | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 2nd, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Teresa D. Stewart, Esq.

/S/TERRY M. MEINECKE
Assistant United States Attorney
NCSB #27586
United States Attorney's Office
Middle District of North Carolina
P.O. Box 1858
Greensboro, NC 27402
Phone: 336/333-5351
E-mail: Terry.Meinecke@usdoj.gov

4